No. 68901.—Aristo-Craft Miniatures and Air Clearance Assoc. et al. *v.* United States, protests 63/12827 (B), etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 24, 1964

No. 68902.—Lafayette Brass Co., Inc. *v.* United States, protests 64/15927, 64/16019, and 64/13203 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.

No. 68903.—Bernard Weiss & Co. *v.* United States, protests 60/16164 and 63/18078 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of stethoscopes similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiff was sustained.

No. 68904.—Brechner Brothers *v.* United States, protest 64/14569 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of metal stoves similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiff was sustained.